United States District Court
for the Eastern District of Wisconsin

David Thompson
Plaintiff,

Case No. CV-00917-JPS

v.

---

Plaintiff Motion for expidited screening of Complaint pursuant to ss. 1915 A(a)

---

Plaintiff, pro se, move this court for a order to screen his ss.1983 complaint, read out any frivolous, meritless claim as pursuant ss. 1915 A(a). Also see Wheeler v. Wexford health source inc., C.A. 7..., 2012, 689 F.3d 680. In the Wheeler case, Chief Judge Eastern Brook ruled that the delay is voilating the case Fed. 1915 A(a).

In the present case, it's been several months, without this court pursuant to screen the complaint create a major delay.

Therefore the plaintiff move this court to process, and screen his complaint.

Respectfully,

Date: 11.19.20